IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH, <br><br>    Plaintiffs, <br><br> v. <br><br> ORGENUS PHARMA INC., <br><br>    Defendants. | C.A. No. _____ |

### PLAINTIFF FOREST LABORATORIES, INC. RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Forest Laboratories, Inc. (a nongovernmental corporate party) makes the following disclosure statement:

### I.   PARENT CORPORATIONS

Forest Laboratories, Inc. has no parent corporation.

### II.   PUBLICLY HELD COMPANIES OWNING 10% OR MORE OF ITS STOCK

As of May 16, 2008, no publicly held corporation owns 10% or more of Forest Laboratories, Inc.'s stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Maryellen Noreika
_____
Jack B. Blumenfeld (# 1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
*Attorneys for Plaintiffs*

*Of Counsel:*

John Desmarais
Gerald J. Flattmann, Jr.
Melanie R. Rupert
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022
(212) 446-4800

May 16, 2008