IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FOREST LABORATORIES, INC., et al. :
: 
      Plaintiffs :
:
v. : Civil Action No. 08-291 GMS-LPS
:
ORGENUS PHARMA, INC. :
:
      Defendant :
:

**ORDER REGARDING REFERENCE
PURSUANT TO 28 U.S.C. § 636**

At Wilmington this 10th day of June 2008, IT IS ORDERED THAT:

1. Magistrate Judge Leonard P. Stark shall regulate and resolve all pretrial matters, up to and including the pretrial conference, subject to 28 U.S.C. § 636(b)(1)(B) and any further Order of Court; and

2. All subsequent filings in this action shall be captioned consistently with the caption used for this Order.

_____
CHIEF UNITED STATES DISTRICT JUDGE

June 10, 2008

FILED
JUN 10 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE